# EXHIBIT "A"

# Camaco

1522

| Job Number | Job Description | Date Started | Invoice Number | Invoice Date | Invoice Amount | Date Paid | Check Number | Amount Paid | Write-off | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Job 0001 | $30.00hr/PN# 332146 Separate defective parts. | 04/17/03 | 19991 | 04/25/03 | $270.00 | 07/10/03 | 22111 | ($270.00) | | |
| Job 0002 | $30.00hr/PN# 300747AP/30255AP Sort for missing rivet. | 06/02/03 | 20490 | 06/27/03 | $2,150.25 | 05/18/03 | 22404 | ($2,150.25) | | |
| Job 0003 | $30.00/hr PN#300747AP/30255AP Sort for even flanges and hole | 08/04/03 | 20716 20759 | 07/31/03 08/22/03 | $1,759.50 $2,416.50 | 09/18/03 09/18/03 | 22651 22651 | ($1,759.50) ($2,416.50) | | |
| Job 0004 | $30.00/hr PN#350583 Visual weld burn, broke weld | 09/12/03 | 21278 21293 21312 21424 21461 21507 | 09/16/03 09/30/03 09/30/03 10/15/03 10/25/03 10/31/03 | $915.00 $390.00 $1,774.50 $3,450.50 $4,754.25 $3,407.88 | 01/15/04 01/15/04 01/15/04 | 23522 23522 23522 | ($915.00) ($390.00) ($1,774.50) | ($276.75) Write-off (1/1/05) ($15.00) Write-off (1/1/05) | |
| Job 0005 | $30.90/hr PN#350674 Sort for weld burn, both sides | 09/27/03 | 21314 21412 21637 | 09/30/03 10/15/03 11/20/03 | $720.00 $7,118.50 $2,364.00 | 01/15/04 | 23522 | ($720.00) | ($24.75) Write-off (1/1/05) ($120.00) Write-off (1/1/05) | |
| Job 0006 | $30.00/hr PN#350712 Sort for missing nut | 09/28/03 | 21318 21428 21638 | 09/30/03 10/15/03 11/20/03 | $110.00 $6,379.75 $619.50 | 01/15/03 | 23522 | ($110.00) | ($612.00) Write-off (1/1/05) | |
| Job 0007 | $30.00/hr PN#350229AB Sort missing bushing add tape | 09/29/03 | 21320 21417 21462 21508 21639 | 09/30/03 10/15/03 10/27/03 10/31/03 11/20/03 | $671.00 $6,085.00 $4,405.24 $2,433.00 $2,420.75 | | | | ($664.50) Write-off (1/1/05) ($30.00) Write-off (1/1/05) | |
| Job 0008 | $30.00/hr PN#350376, 350377 Various sort for defects. | 09/08/03 | 21280 21296 21322 21432 21463 21509 21640 | 09/16/03 09/30/03 09/30/03 10/15/03 10/27/03 10/31/03 11/20/03 | $690.00 $6,559.50 $2,401.50 $14,679.75 $7,544.25 $3,675.00 $437.25 | 01/15/04 01/15/04 01/15/04 | 23522 23522 23522 | ($172.50) ($3,279.75) ($1,200.75) | | |
| Job 0009 | $30.00/hr PN350374-75 Add grey foam frame/back pnl | 09/25/03 | 21433 21641 | 10/15/03 11/20/03 | $5,607.00 $1,404.00 | | | | ($5,607.00) Write-off (1/1/05) ($1,404.00) Write-off (1/1/05) | |

Camaco                                                                                                                                                           1522

| Job Number | Job Description | Date Started | Invoice Number | Invoice Date | Invoice Amount | Date Paid | Check Number | Amount Paid | Write-off | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Job 0010 | $30.00/hr PN Various Trim part | | 21432 | 10/15/03 | $1,057.50 | | | | | |
| Job 0011 | $30.00/hr PN350677AB Check Fitting | 11/05/03 | 21642 | 11/20/03 | $19,736.18 | | | | ($2,041.50) | Write-off (1/1/05) |
| Job 0012 | $30.00/hr PN350374-75AG Check for weld nuts | 11/05/03 | 21643 43224 | 11/20/03 04/30/04 | $11,233.48 $105.00 | | | | ($198.00) ($105.00) | Write-off (1/1/05) Write-off (1/1/05) |
| Job 0013 | $30.00/hr Sat $45/hr PN#350583 Ck 5 wires for cold weld. | 12/4/2003 | 21937 | 12/11/03 | $812.25 | 01/15/04 | 23522 | ($812.25) | | |
| Job 014G | $30/hr PN#350376 & 350377 Sort & certify for missng bushing | 3/2/2004 | 22768 | 03/11/04 | $1,764.00 | 05/03/04 | 24502 | ($1,764.00) | | |

$135,600.03   ($17,735.00) ($11,098.50) $106,766.53
Total Invoiced   Total Paid   Total Write-off   Total Amount Due