# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GRIFFCO QUALITY SOLUTIONS, INC.

        Plaintiff,

v.

CAMACO, LLC,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 182

TO: (Name and address of defendant)
    Camaco, LLC
c/o    The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Timothy M. Holly (#4106)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    MAR 24 2005
CLERK                                              DATE

*[signature]*
(BY) DEPUTY CLERK

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;388145;1

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 3/29/05 |
| NAME OF SERVER (PRINT) BRANDON DOMINELLI | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED CAMACO, LLC BY SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 3:10 PM PERSON ACCEPTING SERVICE: BRIAN PENROD

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/29/05
        Date

Signature of Server: Brandon Dominelli

Address of Server: PARCELS INC
4E 7TH ST
WILM DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;388145;1