UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-182 |
| | : | |
| CAMACO, LLC, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT CAMACO, LLC'S**
**CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Camaco, LLC ("Camaco"), through its attorneys, makes the following disclosure:

1. Camaco does not have any parent corporation.

2. No publicly held company holds a 10% or more ownership in Camaco.

THE BAYARD FIRM

/s/ Patricia Enerio

Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Defendant Camaco, LLC

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

Dated: April 18, 2005

584470v1

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, Esquire, do hereby certify that on April 18, 2005, I caused a true and correct copy of the foregoing Corporate Disclosure Pursuant to Fed. R. Civ. P. 7.1 to be served electronically upon the following individual:

>Timothy M. Holly, Esquire (# 4106)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207
>(302) 252-4217

_____
Patricia L. Enerio (# 3728)

584470v1