UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 05-182 |
| CAMACO, LLC, | ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Griffco Quality Solutions, Inc. (hereinafter "Griffco") respectfully submits the following corporate disclosure statement.

1. Griffco does not have any parent corporation.

2. No publicly held corporation owns 10 percent or more of Griffco's stock.

Respectfully submitted,

*Timothy M. Holly*
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302)-252-4217
*Attorneys for Plaintiff Griffco Quality Solutions, Inc.*

DATED: April 19, 2005

CBLH: 391894

*Of counsel:*

BENSON & GUEST LLP
Thomas L. Benson III
Ira M. Potter
635 Maryville Centre Drive
Suite 221
St. Louis, Missouri  63141
Phone:  (314) 576-2800
Fax:  (314) 469-7806

CBLH:  391894