## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, the foregoing Plaintiff's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
E-Mail:
kheyman@bayardfirm.com
penerio@bayardfirm.com

A copy was served by first class mail on:

Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner, LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489

_____
Timothy M. Holly (Del. Bar No. 4106)

CBLH: 391894