UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | )   C.A. No. 05-182 ) |
| CAMACO, LLC, | )   JURY TRIAL DEMANDED ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE OF
THOMAS L. BENSON III, ESQUIRE AND IRA M. POTTER, ESQUIRE
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Thomas L. Benson III and Ira M. Potter of the law firm of Benson & Guest LLP, 635 Maryville Centre Drive, Suite 221, St. Louis, Missouri 63141, to represent plaintiff Griffco Quality Solutions, Inc., in the above captioned case.

*/s/ Timothy M. Holly*
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302)-252-4217
*Attorneys for Plaintiff Griffco Quality Solutions, Inc.*

DATED: April 21, 2005