## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri, the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, and the United States Court of Appeals for the Ninth Circuit, and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Ira M. Potter

Date: April 19, 2005