## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ____ day of _____, 2005 that counsel's motion for admission pro hac vice of Thomas L. Benson III and Ira M. Potter is granted.

_____
United States District Judge

389711_1