## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2005, the foregoing Motion for Admission Pro Hac Vice of Thomas L. Benson III, Esquire and Ira M. Potter, Esquire, Pursuant to Local District Court Rule 83.5 was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-Mail:
kheyman@bayardfirm.com
penerio@bayardfirm.com

A copy was served by first class mail on:

Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner, LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

_____
Timothy M. Holly (Del. Bar No. 4106)

389711_1