UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-182 JJF |
| | : |
| CAMACO, LLC, | : |
| | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, the undersigned counsel hereby moves the admission *pro hac vice* of Jason D. Menges, Esquire to represent defendant Camaco, LLC in this matter.

THE BAYARD FIRM

_____
Kurt M. Heyman (# 3054)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Email: kheyman@bayardfirm.com

Attorney for Defendant Camaco, LLC

DATED: April 25, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.

_____
United States District Judge

DATED: April ___, 2005

585217v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 04/22/05               SIGNED: _____
                                       Jason D. Menges
                                       Foley & Lardner LLP
                                       One Detroit Center
                                       500 Woodward Avenue, Suite 2700
                                       Detroit, Michigan 48226
                                       (313) 234-7100

585217v1

## CERTIFICATE OF SERVICE

I, Kurt M. Heyman, Esquire, do hereby certify that on April 25, 2005, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* to be served electronically and via hand delivery upon the following individual.

>Timothy M. Holly, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207

>/s/ Kurt M. Heyman
>Kurt M. Heyman (# 3054)

585217v1