UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-182-JJF ) |
| CAMACO, LLC, | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) |

NOTICE OF CHANGE OF PLAINTIFF'S TRIAL COUNSEL'S
FIRM NAME AND CONTACT INFORMATION

PLEASE TAKE NOTICE of a change in law firm name and address of trial counsel for Plaintiff, Griffco Quality Solutions, Inc.

The new firm information for Benson & Guest LLP is as follows:

| | |
|---|---|
| Name: | Doster Mickes James Ullom Benson & Guest LLC |
| Address: | 17107 Chesterfield Airport Road Suite 300 Chesterfield, Mo. 63005 |
| Telephone: | (636) 532-0042 |
| Fax: | (636) 532-1082 |
| Attorneys' email: | Thomas L. Benson III (tom_benson@dmjulaw.com) Ira M. Potter (ira_potter@dmjulaw.com) |

*[signature]*
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302)-252-4217
*Attorneys for Plaintiff Griffco Quality Solutions, Inc.*

DATED: May 6, 2005