# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, the foregoing Notice of Change of Plaintiff's Trial Counsel's Firm Name and Contact Information was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
E-Mail:
kheyman@bayardfirm.com
penerio@bayardfirm.com

A copy was served by first class mail on:

Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner, LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

_____
Timothy M. Holly (Del. Bar No. 4106)

395181_1