UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-182 JJF |
| CAMACO, LLC, | ) ) ) | |
| Defendant. | ) | |

RECEIVED
MAY 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF CHANGE OF ADDRESS

Comes now Thomas L. Benson, III, counsel for Plaintiff Griffco Quality Solutions, Inc., and notifies the court and all parties of his change of address.

Thomas L. Benson, III
Doster Mickes James Ullom Benson & Guest LLP
17107 Chesterfield Airport Road
Suite 300
Chesterfield, Missouri 63005
(636) 532-0042
(636) 532-1082 Facsimile
tom_benson@dmjulaw.com

DOSTER MICKES JAMES ULLOM
BENSON & GUEST LLC

By: /s/ Thomas L. Benson
Thomas L. Benson    MBE 28421
Ira M. Potter    MBE 31583
17107 Chesterfield Airport Road
Suite 300
Chesterfield, Missouri 63005
(636) 532-0042
(636) 532-1082 Facsimile
tom_benson@dmjulaw.com
Attorneys for Plaintiff Griffco Quality
Solutions, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was forwarded this 3rd day of May, 2005, by first class mail, postage prepaid to:

Kurt M. Heyman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Timothy M. Holly
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

_/s/ Thomas A. Beven III_