IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GRIFFCO QUALITY SOLUTIONS, INC. :
:
    Plaintiff, :
:
v. : Civil Action No. 05-182-JJF
:
CAMACO, LLC, :
:
    Defendant. :

O R D E R

IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **Friday, August 5, 2005**. Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

July 23, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE