

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Timothy M. Holly

**DIRECT DIAL**: (302)-252-4217
**DIRECT FAX**: (302)-658-0380
**EMAIL**:          tholly@cblh.com
**REPLY TO**:   Wilmington Office

August 4, 2005

**BY HAND DELIVERY AND CM/ECF ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

> RE:   **Griffco Quality Solutions, Inc. v. Camaco, LLC,**
>        **Civil Action No. 05-182-JJF**

Dear Judge Farnan:

Please find enclosed herewith a Joint Proposed Rule 16 Scheduling Order (and related Certificate of Service), which has been agreed to by plaintiff and defendant from whom counsel has entered an appearance.

We are available should Your Honor have any questions or comments.

Respectfully,

Timothy M. Holly

Enclosure
cc: Collins J. Seitz, Jr., Esquire (by hand delivery w/ enclosure)
    Kurt Michael Heyman, Esquire (by CM/ECF notification w/ enclosure)
    Ryan S. Bewersdorf, Esquire (by facsimile and first class mail w/ enclosure)
    Jason D. Menges, Esquire (by facsimile and first class mail w/ enclosure)
    Ira M. Potter, Esquire (by electronic mail w/ enclosure)

CBLH: 409481