## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2005, the foregoing Joint Proposed Rule 16 Scheduling Order was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130

Service is also being made on August 4, 2005, by Facsimile and by First Class Mail to:

Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner, LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489

_____
Timothy M. Holly (Bar No. 4106)