UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-182 JJF |
| | : |
| CAMACO, LLC, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

TO:  Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's Rule 26(a)(1) Initial Disclosures were served electronically on counsel listed above on September 7, 2005.

THE BAYARD FIRM

*/s/ Kurt M. Heyman*

Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Defendant Camaco, LLC

600267v1
020.103482.1

2

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100


Dated: September 7, 2005