**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GRIFFCO QUALITY SOLUTIONS, INC.,    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )        Civil Action No. 05-182-JJF
                                    )
CAMACO, LLC,                        )
                                    )
            Defendant.              )

**PLAINTIFF'S RULE 26(a) (1) DISCLOSURES**

COMES NOW Plaintiff Griffco Quality Solutions, Inc, by its undersigned attorneys, and makes the following disclosures pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedures:

A.    Names of Witnesses with Discoverable Information.

Keith Alsberry - Griffco Quality Solutions, Inc., 263 Quigley Blvd., Suite 3, New Castle, DE  302-324-8903.  Knowledge of work orders, invoices and work performed for Defendant.

Michael McNiff – Griffco Quality Solutions, Inc., 12300 Old Tesson Road, Suite 400A, St. Louis, MO  63128 314-843-3344.  Knowledge of work performed by Plaintiff for Defendant,

Marty Wild – Griffco Quality Solutions, Inc., 12300 Old Tesson Road, Suite 400A, St. Louis, MO  63128 314-843-3344.  Knowledge of invoices sent to Defendant, demands for payment made by Plaintiff to Defendant and discussions with Defendant's representatives regarding status of invoices and payments for invoices.

Sonny Westphal – Current address and telephone number unknown.  Knowledge of work orders issued by Plaintiff and approved by Defendant, work performed by

Plaintiff's employees for Defendant, invoices for services rendered by Plaintiff for Defendant.

Angie Crewenes – Current address and telephone number unknown. Knowledge of work orders issued by Plaintiff and approved by Defendant, work performed by Plaintiff's employees for Defendant, invoices for services rendered by Plaintiff for Defendant.

Dan Wiskett – Camaco LLC. Knowledge of payments made to Plaintiff, demands made by Plaintiff for payment and reasons for non-payment.

B.    Copies of Documents, data compilations and tangible things in Defendant's possession.

Work orders, invoices, invoice summaries and demands for payment. To the extent that the responsive documents do not contain confidential information, trade secrets, attorney-client privileged information, or work-product, copies of those documents will be produced on a mutually agreed-upon date, at a mutually agreed-upon location.

C.    Computation of Damages.

$106,766.53 representing the unpaid amount due on the invoices submitted by Plaintiff to Defendant. Copies of the invoices are included in the documents provided in B. above.

D.    Insurance Agreements.

Not applicable.

Plaintiff reserves the right to supplement and amend its disclosures in accordance with Rule 26.

[Signature Block on Page 3]

Respectfully submitted,

_CONNOLLY BOVE LODGE & HUTZ LLP_
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@dblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Washington, DE 19899-2207
(302) 252-4217
*Attorneys for Plaintiff*
*Griffco Quality Solutions, Inc.*


OF COUNSEL:

DOSTER MICKES JAMES ULLOM
  BENSON & GUEST, LLC
Ira M. Potter
Email:  ira_potter@dmjulaw.com
Thomas L. Benson III
Email:  tom_benson@dmjulaw.com
17107 Chesterfield Airport Rd, Ste 300
Chesterfield, Missouri 63005
(636) 532-0042
(636) 532-1082 Facsimile

DATED:  September 7, 2005

CBLH: 415526

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff's Rule 26(a) (1) disclosures were

served in the following manner this 7th day of September, 2005 to:


**VIA ELECTRONIC FILING:**          **VIA U.S. MAIL:**
Kurt M. Heyman, Esquire             Jason D. Menges, Esquire
The Bayard Firm                     Ryan S. Bewersdorf, Esquire
222 Delaware Avenue                 Foley & Lardner LLP
P. O. Box 25130                     One Detroit Center
Wilmington, DE  19899               500 Woodward Avenue, Ste. 2700
                                    Detroit, MI  48226


Timothy M. Holly (Del. Bar No. 4106)