IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAMACO, LLC, )<br>)<br>Defendant. ) | Civil Action No. 05-182-JJF |

### NOTICE OF SERVICE

I, Timothy M. Holly, counsel for Plaintiff, hereby certify that on the date indicated below, I caused two (2) true and correct copies of **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** to be served, together with copies of the Notice of Service, upon the following counsel of record, at the addresses and by the means specified below:

**VIA ELECTRONIC FILING:**
Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL:**
Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226

_____
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Plaintiff*
  *Griffco Quality Solutions, Inc.*

OF COUNSEL:

DOSTER MICKES JAMES ULLOM
  BENSON & GUEST, LLC
Ira M. Potter
Email: ira_potter@dmjulaw.com
Thomas L. Benson III
Email: tom_benson@dmjulaw.com
17107 Chesterfield Airport Rd, Ste 300
Chesterfield, Missouri 63005
(636) 532-0042
(636) 532-1082 Facsimile

Dated: September 7, 2005