UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CAMACO, LLC, : <br> : <br> Defendant. : | C.A. No. 05-182 JJF |

### NOTICE OF SERVICE

TO: Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's First Interrogatories, First Requests for the Production of Documents and First Request for Admission were served via First Class Mail on the above counsel on September 28, 2005.

THE BAYARD FIRM

/s/ Kurt M. Heyman
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Defendant Camaco, LLC

603685v1

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100


Dated: October 3, 2005