IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-182-JJF |
| | ) | |
| CAMACO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Timothy M. Holly, counsel for Plaintiff, hereby certify that on the date indicated below, I caused two (2) true and correct copies of **Plaintiff's First Interrogatories Directed To Defendant Camaco, LLC, Plaintiff's First Requests For Admissions, and Plaintiff's First Requests For Production Of Documents Directed To Defendant Camaco, LLC,** to be served, together with copies of the Notice of Service, upon the following counsel of record, at the addresses and by the means specified below:

**VIA HAND DELIVERY**
Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL:**
Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226

_/s/ Timothy M. Holly_
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Plaintiff
Griffco Quality Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of **Plaintiff's First Interrogatories Directed To Defendant Camaco, LLC, Plaintiff's First Requests For Admissions, and Plaintiff's First Requests For Production Of Documents Directed To Defendant Camaco, LLC,** was served in the following manner this 28th day of October, 2005 to:

**VIA HAND DELIVERY**
Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL:**
Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226

_/s/ Timothy M. Holly_
Timothy M. Holly (Del. Bar No. 4106)

CBLH: 425295_1