UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GRIFFCO QUALITY SOLUTIONS, INC.,   :
                                    :
            Plaintiff,              :
                                    :
      v.                            :   C.A. No. 05-182 JJF
                                    :
CAMACO, LLC,                        :
                                    :
            Defendant.              :

## DEFENDANT CAMACO, LLC'S WITNESS LIST

Defendant, Camaco, LLC ("Camaco"), by and through its undersigned counsel, submits the following list of witnesses who may be called to testify in this matter:

**Griffco Quality Solutions, Inc.:**

1. Keith Alsberry
2. Michael McNiff
3. Martin J. Wild

**Camaco:**

4. Sunny Westphal
5. Angie Crenewes
6. Dan Wickett
7. Tom Koutsourelis
8. Any and all witnesses needed to establish the foundation and/or authenticity of any documentary evidence offered at the trial of this matter
9. Any and all witnesses identified in Plaintiff's witness list
10. Any and all witnesses identified in Plaintiff's Rule 26(a)(1) Initial Disclosures
11. Any and all witnesses identified in Plaintiff's responses to Camaco's discovery requests

12. Any and all witnesses identified through the course of discovery

13. Any and all rebuttal witnesses as are necessary under the circumstances

14. Experts to be named

15. Camaco reserves the right to amend and/or supplement this witness list

                         THE BAYARD FIRM

                         */s/ Patricia Enerio*
                         Kurt M. Heyman (# 3054)
                         Email: kheyman@bayardfirm.com
                         Patricia L. Enerio (# 3728)
                         Email: penerio@bayardfirm.com
                         222 Delaware Avenue, Suite 900
                         P.O. Box 25130
                         Wilmington, DE 19899
                         (302) 655-5000
                         Attorneys for Defendant Camaco, LLC

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

Dated: October 31, 2005

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, Esquire, do hereby certify that on October 31, 2005, I caused a true and correct copy of the foregoing Witness List to be served electronically and via hand delivery upon the following individual.

>Timothy M. Holly, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207

_____
Patricia L. Enerio (# 3728)