UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 05-182 JJF |
| CAMACO, LLC, | : : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

TO:  Timothy M. Holly, Esquire
     Connolly Bove Lodge & Hutz LLP
     The Nemours Building
     1007 North Orange Street
     P.O. Box 2207
     Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's Witness List and this Notice of Service were served via electronically and hand delivery on the above counsel on October 31, 2005.

THE BAYARD FIRM

_/s/ Patricia Enerio_
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Defendant Camaco, LLC

2

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100


Dated: October 31, 2005