IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAMACO, LLC, )<br>)<br>Defendant. ) | Civil Action No. 05-182-JJF |

### NOTICE OF SERVICE

The undersigned certifies that, on October 31, 2005, two (2) true and correct copies of **Griffco Quality Solutions, Inc.'s Identification Of Fact Witnesses** were served, together with copies of this Notice of Service, upon the following counsel of record, at the addresses and by the means specified below:

**VIA HAND DELIVERY AND (NOTICE AND CERTIFICATE OF SERVICE ONLY) ELECTRONICALLY**
Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL:**
Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226

_____
CONNOLLY BOVE LODGE & HUTZ LLP
Collins J. Seitz, Jr. (Del. Bar No. 2237)
Email: CSeitz@cblhlaw.com
Timothy M. Holly (Del. Bar No. 4106)
Email: THolly@cblhlaw.com
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 252-4217
*Attorneys for Plaintiff*
*Griffco Quality Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, I electronically filed Griffco Quality Solutions, Inc.'s **Notice Of Service** of Griffco Quality Solutions, Inc.'s Identification Of Fact Witnesses with the Clerk of Court using CM/ECF, which will send notification of such filing to Kurt M. Heyman, Esquire. I also hereby certify that on October 31, 2005, I served the document upon the following counsel of record, at the addresses and by the means specified below:

**VIA HAND DELIVERY**
Kurt M. Heyman, Esquire
The Bayard Firm
222 Delaware Avenue
P. O. Box 25130
Wilmington, DE 19899

**VIA U.S. MAIL:**
Jason D. Menges, Esquire
Ryan S. Bewersdorf, Esquire
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226


_____
Timothy M. Holly (Del. Bar No. 4106)

CBLH: 425576_1