UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-182 JJF |
| CAMACO, LLC, | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

TO:   Timothy M. Holly, Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's Response to Plaintiff's First Set of Interrogatories and this Notice of Service, were served via electronic filing and hand delivery on the above counsel on November 30, 2005.

THE BAYARD FIRM

/s/ Patricia Enerio
Kurt M. Heyman (# 3054)
Email: kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email: penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Defendant Camaco, LLC

610095v1

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100


Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, Esquire, do hereby certify that on November 30, 2005, I caused a true and correct copy of the foregoing Defendant's Response to Plaintiff's First Set of Interrogatories were served via electronically and hand delivered upon the following:

Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

_____
Patricia L. Enerio (# 3728)

610095v1