UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-182 JJF |
| CAMACO, LLC, | : |
| Defendant. | : |

### NOTICE OF SERVICE

TO:   Timothy M. Holly, Esquire
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's Response to Plaintiff's First Request for Admissions and this Notice of Service, were served via electronic filing and hand delivery on the above counsel on November 30, 2005.

                                        THE BAYARD FIRM

                                        /s/ Patricia Enerio
                                        _____
                                        Kurt M. Heyman (# 3054)
                                        Email: kheyman@bayardfirm.com
                                        Patricia L. Enerio (# 3728)
                                        Email: penerio@bayardfirm.com
                                        222 Delaware Avenue, Suite 900
                                        P.O. Box 25130
                                        Wilmington, DE 19899
                                        (302) 655-5000
                                        Attorneys for Defendant Camaco, LLC

610096v1

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, Esquire, do hereby certify that on November 30, 2005, I caused a true and correct copy of the foregoing Defendant's Response to Plaintiff's First Request for Admissions were served via electronically and hand delivered upon the following:

Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

_____
Patricia L. Enerio (# 3728)

610096v1