UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GRIFFCO QUALITY SOLUTIONS, INC.,　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　　　:　　C.A. No. 05-182 JJF
　　　　　　　　　　　　　　　　　　　　:
CAMACO, LLC,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　:

## NOTICE OF SERVICE

TO:　　Timothy M. Holly, Esquire
　　　　Connolly Bove Lodge & Hutz LLP
　　　　The Nemours Building
　　　　1007 North Orange Street
　　　　P.O. Box 2207
　　　　Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that Defendant Camaco, LLC's Response to Plaintiff's First

Set of Request for Production of Documents and this Notice of Service, were served via

electronic filing and hand delivery on the above counsel on November 30, 2005.

　　　　　　　　　　　　THE BAYARD FIRM

　　　　　　　　　　　　_____
　　　　　　　　　　　　Kurt M. Heyman (# 3054)
　　　　　　　　　　　　Email: kheyman@bayardfirm.com
　　　　　　　　　　　　Patricia L. Enerio (# 3728)
　　　　　　　　　　　　Email: penerio@bayardfirm.com
　　　　　　　　　　　　222 Delaware Avenue, Suite 900
　　　　　　　　　　　　P.O. Box 25130
　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　(302) 655-5000
　　　　　　　　　　　　Attorneys for Defendant Camaco, LLC

610097v1

OF COUNSEL:

FOLEY & LARDNER, LLP
Jason D. Menges (P64228)
Ryan S. Bewersdorf (P66411)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100


Dated: November 30, 2005

610097v1

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, Esquire, do hereby certify that on November 30, 2005, I caused a true and correct copy of the foregoing Defendant's Response to Plaintiff's First Set of Request for Production of Documents were served via electronically and hand delivered upon the following:

Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Patricia L. Enerio (# 3728)