UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GRIFFCO QUALITY SOLUTIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-182 (JJF) |
| CAMACO, LLC, | : | |
| Defendant. | : | |

### NOTICE OF FIRM CHANGE

PLEASE TAKE NOTICE that Kurt M. Heyman, Esquire, and Patricia L. Enerio, Esquire, are now affiliated with the law firm of Proctor Heyman LLP, and they will remain as counsel of record for Defendant Camaco, LLC. The law firm of Foley & Lardner, LLP will remain as co-counsel for Defendant.

PROCTOR HEYMAN LLP

_____
Kurt M. Heyman (# 3054)
Email: kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
Email: penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Camaco, LLC

Dated: January 5, 2006

583621v1

## CERTIFICATE OF SERVICE

      Kurt M. Heyman, Esquire, hereby certifies that on January 5, 2006, a copy of the foregoing Notice of Firm Change was served electronically upon the following counsel:

      Timonthy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

_/s/ Kurt M. Heyman_
Kurt M. Heyman (# 3054)

583621v1