### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GRIFFCO QUALITY SOLUTIONS, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Case No. 05-182** |
| **CAMACO, LLC,** | ) ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Griffco Quality Solutions, Inc. and Defendant Camaco, LLC, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(II), hereby stipulate to the dismissal of this action, in its entirety, **WITH PREJUDICE.**

Proctor Heyman LLP

Connolly Bove Lodge & Hutz LLP

/s/ Patricia L. Enerio
Patricia L. Enerio, Esquire
1116 West Street
Wilmington, DE 19801
E-Mail: kheyman@proctorheyman.com
*Attorney for Defendant*

Timothy M. Holly, Esquire
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
E-Mail: tholly@cblhlaw.com
*Attorney for Plaintiff*

DATED: March 24, 2006

DATED: March 24, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.

423605v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, the foregoing STIPULATION OF DISMISSAL

WITH PREJUDICE was filed electronically with the Clerk of Court using CM/ECF, which will

send notification of such filing to the following, together with additional service by first class

mail:

Kurt M. Heyman, Esquire
kheyman@proctorheyman.com
Patricia L. Enerio, Esquire
penerio@proctorheyman.com
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801

_____
Timothy M. Holly (Del. Bar No. 4106)